**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BYONE WOODS, | ) | No. 08-4365 GW (CW) |
|                Petitioner, | ) | JUDGMENT |
| | ) | |
|    v. | ) | |
| | ) | |
| PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, | ) | |
| | ) | |
|            Respondent. | ) | |
| | ) | |

   **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.


DATED:   *March 2, 2010*


                                      GEORGE H. WU
                     United States District Judge